Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Latrikunda Transport Services, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **45-1739010** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**3450 S. Broadmont Drive, Ste. # 108**<br>**Tucson, AZ 85713**<br>Number, Street, City, State & ZIP Code<br><br>**Pima**<br>County | **Mailing address, if different from principal place of business**<br>**P.O. Box 85658**<br>**Tucson, AZ 85754**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **lattrans.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Latrikunda Transport Services, LLC**　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____　　　　　　　　　　Relationship _____
District _____　When _____　Case number, if known _____

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 2

Case 4:19-bk-01661-BMW　Doc 1　Filed 02/15/19　Entered 02/15/19 11:50:27　Desc
Main Document　　　Page 2 of 9

| Debtor | **Latrikunda Transport Services, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**  
*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____  
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____  
   Contact name _____  
   Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  
*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Latrikunda Transport Services, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 15, 2019**
                 MM / DD / YYYY

**X**   **/s/ Orville Nance**                **Orville Nance**
Signature of authorized representative of debtor     Printed name

                                                                                      Email Address of debtor
Title   **Operations Manager**

**18. Signature of attorney**

**X**   **/s/ Pernell W. McGuire**            Date   **February 15, 2019**
Signature of attorney for debtor                      MM / DD / YYYY

**Pernell W. McGuire 015909**
Printed name

**Davis Miles McGuire Gardner, PLLC**
Firm name

**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
Number, Street, City, State & ZIP Code

Contact phone   **(480) 733-6800**     Email address   **azbankruptcy@davismiles.com**

**015909 AZ**
Bar number and State

Case 4:19-bk-01661-BMW   Doc 1   Filed 02/15/19   Entered 02/15/19 11:50:27   Desc
Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 4
Main Document     Page 4 of 9

Fill in this information to identify the case:
Debtor name: **Latrikunda Transport Services, LLC**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arizona Department of Revenue** c/o Tax, Bankruptcy and Collection Sec. 2005 North Central Avenue Phoenix, AZ 85004-1592 | | Tax Liability | | | | $50,000.00 |
| **Coronado Grocery and Market** 3154 N. Stone Avenue Tucson, AZ 85705 | | Business Debt | | | | $3,400.00 |
| **Cox Communications** P.O. Box 78071 Phoenix, AZ 85062 | | Business Debt | | | | $0.00 |
| **Insurance Premium Financing Solutions** P.O. Box 412086 Kansas City, MO 64141 | | Business Debt | | | | $15,000.00 |
| **Internal Revenue Service** Bankruptcy and Collection Enforcement P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $237,076.53 |
| **Jim Click Automotive** 780 Autosprint Drive Tucson, AZ 85705 | | Business Debt | | | | $1,700.00 |

| Debtor | Latrikunda Transport Services, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Pacific Office Automation**<br>**4501 E. McDowell Rd.**<br>**Phoenix, AZ 85008** | | **Business Debt** | | | | **$5,000.00** |
| **Runway Industrial Center LLC**<br>**Aurora Real Estate and Development**<br>**5931 E. Pima Street**<br>**Tucson, AZ 85712** | | **Business Debt** | | | | **$3,043.68** |
| **Secura Insurance Company**<br>**2401 S. Memorial Drive**<br>**Appleton, WI 54915** | | **Business Debt** | | | | **$900,000.00** |
| **Sonoran Market**<br>**3050 E. 36th Street**<br>**Tucson, AZ 85713** | | **Business Debt** | | | | **$7,000.00** |
| **Tin Cup Properies LLC**<br>**6262 N. Camino Verde**<br>**Tucson, AZ 85743** | | **Business Debt** | | | | **$7,400.00** |
| **Tucson Airport Authority**<br>**7250 S. Tucson Blvd.**<br>**Suite 300**<br>**Tucson, AZ 85756** | | **Business Debt** | | | | **$3,519.00** |
| **Watson Chevrolet**<br>**625 W Auto Mall Dr**<br>**Tucson, AZ 85705** | | **Business Debt** | | | | **$1,100.00** |

Latrikunda Transport Services, LLC -

ARIZONA DEPARTMENT OF REVENUE
C/O TAX, BANKRUPTCY AND COLLECTION SEC.
2005 NORTH CENTRAL AVENUE
PHOENIX AZ 85004-1592


ARIZONA DEPARTMENT OF REVENUE
1600 W. MONROE STREET
PHOENIX AZ 85003


CORONADO GROCERY AND MARKET
3154 N. STONE AVENUE
TUCSON AZ 85705


COX COMMUNICATIONS
P.O. BOX 78071
PHOENIX AZ 85062


INSURANCE PREMIUM FINANCING SOLUTIONS
P.O. BOX 412086
KANSAS CITY MO 64141


INTERNAL REVENUE SERVICE
BANKRUPTCY AND COLLECTION ENFORCEMENT
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SERVICE
300 W. CONGRESS STREET
M/S 5104-3317
TUCSON AZ 85701


JIM CLICK AUTOMOTIVE
780 AUTOSPRINT DRIVE
TUCSON AZ 85705


PACIFIC OFFICE AUTOMATION
4501 E. MCDOWELL RD.
PHOENIX AZ 85008


RUNWAY INDUSTRIAL CENTER LLC
AURORA REAL ESTATE AND DEVELOPMENT
5931 E. PIMA STREET
TUCSON AZ 85712

Latrikunda Transport Services, LLC -

SECURA INSURANCE COMPANY
2401 S. MEMORIAL DRIVE
APPLETON WI 54915

SONORAN MARKET
3050 E. 36TH STREET
TUCSON AZ 85713

TIN CUP PROPERIES LLC
6262 N. CAMINO VERDE
TUCSON AZ 85743

TUCSON AIRPORT AUTHORITY
7250 S. TUCSON BLVD.
SUITE 300
TUCSON AZ 85756

WATSON CHEVROLET
625 W AUTO MALL DR
TUCSON AZ 85705

In re   **Latrikunda Transport Services, LLC**            Case No.
                                          Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Latrikunda Transport Services, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 15, 2019**                         **/s/ Pernell W. McGuire**
Date                                            **Pernell W. McGuire 015909**
                                                    Signature of Attorney or Litigant
                                                    Counsel for  **Latrikunda Transport Services, LLC**
                                                    **Davis Miles McGuire Gardner, PLLC**
                                                    **40 E. Rio Salado Parkway, Suite 425**
                                                    **Tempe, AZ 85281**
                                                    **(480) 733-6800 Fax:(480) 733-3748**
                                                    **azbankruptcy@davismiles.com**