**Fill in this information to identify the case:**

Debtor name  **Latrikunda Transport Services, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  **4:19-bk-01661**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 15, 2019**          X */s/ Orville Nance*
                                                          Signature of individual signing on behalf of debtor

                                                          **Orville Nance**
                                                          Printed name

                                                          **Operations Manager**
                                                          Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor name **Latrikunda Transport Services, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **4:19-bk-01661**

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................. $     **3,346.50**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................. $     **229,786.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................ $     **233,132.50**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **83,180.30**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................... $     **287,076.53**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................ +$     **946,295.08**

4. **Total liabilities** ..................................................................................
Lines 2 + 3a + 3b $     **1,316,551.91**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase** | **Operating** | **0868** | $86.00 |
| 3.2. | **Bank of America** | **Operating** | **9193** | $0.00 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**             $86.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Deposit for rent at 3450 S. Broadmont, Suite 108, Tucson, AZ.** | $1,000.00 |
|---|---|---|
| 7.2. | **Deposit for Tin Cup Properties** | $3,600.00 |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                          | $4,600.00 |

        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:        6,800.00        -        0.00     = ....        $6,800.00
                                    face amount                        doubtful or uncollectible accounts

        11b. Over 90 days old:          104,000.00       -        0.00     =....        $104,000.00
                                    face amount                        doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                          | $110,800.00 |

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

39.     **Office furniture**

Case 4:19-bk-01661-BMW    Doc 21    Filed 03/15/19    Entered 03/15/19 17:47:16    Desc
                    Main Document         Page 4 of 38

**1 square granite table $100.00**
**2 extra large conference tables $400.00**
**2 large glass curio stands $200.00**
**1 small glass curio stand $50.00**
**20 variety conference room chairs $300.00**
**30 variety swivel office rolling chairs $750.00**
**3 piece break room furniture set ( L shaped couch, table, sofa) $300.00**
**6 piece medium wooden office desk $150.00**
**1 high wooden round table $50.00**
**1 metal display rack with wheels $50.00**
**1 large roud meeting table $50.00**
**1 large framed picture $100.00**
**4 piece office desk with hutch $800.00**
**1 box of cleaning supplies $100.00**
**6 large wooden office desks $450.00**
**2 4 drawer filing cabinets $150.00**
**25 office/lobby guest chairs $750.00**
**15 office/lobby (plastic) chairs $150.00**
**4 wooden/metal office chest drawers $200.00**
**7 large 4 drawer metal filing cabinets $1,050.00**
**1 wall mounted cupboard $50.00**
**1 ceiling mounted cisco access point $50.00**
**1 lobby side table $50.00**
**1 time force electronic time clock $100.00**
**1 large warehouse standing fan $100.00**
**2 large first aid training kits with mannequins $300.00**
**1 standing sanitizer dispenser $50.00**
**9 new car seats/booster seats/infant carriers $250.00**
**1 office safe $50.00**
**2 paper towel dispensers $50.00**
**2 electronic hand soap dispensers $50.00**
**2 large whiteboards $75.00**        **$0.00**        **$0.00**

**1 metal upright server rack with patch panel $250.00**
**2 battery backup units $75.00**
**2 boxes of custom license plate covers $100.00**
**6 boxes of vehicle fire extinguishers $75.00**
**6 boxes of vehicle first aid kits $50.00**
**2 large metal employee lockers $200.00**
**1 large employee wooden documents cubby $100.00**
**1 large conference table with glass $150.00**
**3 new spare tires $150.00**
**150 used infant car seats and boosters $1,050.00**
**5 Schlagle combination door locks $200.00**
**2 large fire extingushers $100.00**
**2 large metal first aid kits $100.00**
**1 air compressor/pump $50.00**        **$0.00**        **$9,925.00**

| 40. | **Office fixtures** | | |
|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| | **4 wall/ceiling mounted high resolution cameras $200.00** | **$0.00** | **$9,075.00** |

Case 4:19-bk-01661-BMW    Doc 21    Filed 03/15/19    Entered 03/15/19 17:47:16    Desc
Main Document    Page 5 of 38

**2 gate mounted high resolution camers
$300.00
1 dooe king eletronic entry card reader system
$300.00
7 Dell (inspiron & Optiplex) all in one
computers $1,400.00
2 Cisco IP phone with side car model 7961
$200.00
10 Cisco IP phone $500.00
1 Cisco IP phone model 7961 G $75.00
2 Sisco unified wireless IP phone 7925 G
$250.00
2 electronic digital display stand with stand
$150.00
72" Samsung TV with stand $250.00
3 Dell Optiplex computer & monitor tower
$150.00
1 box of Samsung radios ( approx. 20-25)
$100.00
1 box of Garmin GPS ( approx 20-25) $100.00
1 Konica Minolta Bizhub C258 color laser MFP
$3,000.00
1 Ricoh MP C2051 copier, network scanner
and printer $500.00
2 electronic display stands $200.00
3 boxes of new/used
Samsung/Nextel/Qualcomm phones $100.00
1 Dell laptop docking station with monitor
$50.00
1 Cicso UC-500 series call manager $300.00
2 HP laserJet color printers $50.00
1 Cisco ASA router 5505 Firewall edition
$200.00
1 Linksys by Cisco wireless N Access Point
$100.00
1 Dell C165nfw printer $100.00
1 Cisco Smartnet UC520- ethernet switch
$200.00
1 Cisco 1-port VWIC-T1/E1 $300.00**

---

42.      **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
         books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
         collections; other collections, memorabilia, or collectibles

43.      **Total of Part 7.**                                                                    **$19,000.00**
         Add lines 39 through 42.  Copy the total to line 86.

44.      **Is a depreciation schedule available for any of the property listed in Part 7?**
         ■ No
         ☐ Yes

45.      **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **2009 Chevrolet Impala**<br>**Value obtained through KBB** | $0.00 | | $3,200.00 |
| 47.2.  **2010 Chevrolet Impala- Black**<br>**Value obtained through KBB** | $0.00 | | $2,700.00 |
| 47.3.  **2008 Chrysler 300**<br>**Debtor's best estimate** | $0.00 | | $2,000.00 |
| 47.4.  **2009 Chrysler Town & Country**<br>**Value obtained through KBB** | $0.00 | | $1,500.00 |
| 47.5.  **2008 Dodge Grand Caravan-Orange**<br>**Value obtained through KBB** | $0.00 | | $2,600.00 |
| 47.6.  **2008 Dodge Grand Caravan- Silver**<br>**Debtor's best estiamte** | $0.00 | | $3,000.00 |
| 47.7.  **2006 Ford Explorer**<br>**Debtor's best estimate** | $0.00 | | $3,500.00 |
| 47.8.  **2011 Ford Taurus**<br>**Debtor's best estimate** | $0.00 | | $5,000.00 |
| 47.9.  **2005 Lincoln Town Car**<br>**Debtor's best estimate** | $0.00 | | $4,800.00 |
| 47.10.  **2007 Lincoln Town Car**<br>**Value obtained through KBB** | $0.00 | | $4,500.00 |
| 47.11.  **2007 Mercedes C-230**<br>**Value obtained through KBB** | $0.00 | | $4,500.00 |
| 47.12.  **2011 Cadillac DTS**<br>**Value obtained through KBB** | $0.00 | | $8,200.00 |
| 47.13.  **2006 Chevrolet Uplander**<br>**Debtor's best estimate** | $0.00 | | $2,200.00 |
| 47.14.  **2010 Chevrolet Impala- White**<br>**Debtor's best estimate** | $0.00 | | $2,800.00 |

| | | | |
|---|---|---|---|
| 47.15 · | **2007 Dodge Grand Caravan**<br>Debtor's best estimate | $0.00 | $1,800.00 |
| 47.16 · | **2008 Dodge Grand Caravan-Orange**<br>Debtor's best estimate | $0.00 | $1,000.00 |
| 47.17 · | **2008 Dodge Grand Caravan- Tan**<br>Debtor's best estiamte | $0.00 | $3,500.00 |
| 47.18 · | **2011 Dodge Caliber**<br>Value obtained through KBB | $0.00 | $4,500.00 |
| 47.19 · | **2004 Ford Econoline E350**<br>Debtor's best estimate | $0.00 | $6,500.00 |
| 47.20 · | **2006 Ford Econoline E350**<br>Value obtained through KBB | $0.00 | $5,500.00 |
| 47.21 · | **2007 Kia Sedona**<br>Value obtained through KBB | $0.00 | $2,200.00 |
| 47.22 · | **2009 Lincoln Town Car**<br>Value obtained thorugh KBB | $0.00 | $6,800.00 |
| 47.23 · | **2013 Toyota Sienna**<br>Value obtained through KBB | $0.00 | $13,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                                   | **$95,300.00** |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leasehold interest in 4001 North Runway Drive, Suite 187, Tucson, AZ.** | **Leasehold** | **Unknown** | | **$3,346.50** |
| 55.2. **Leasehold interest in 7005 South Plumer, Tucson, AZ.** | | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**                                                                          **$3,346.50**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy
Case 4:19-bk-01661-BMW    Doc 21    Filed 03/15/19    Entered 03/15/19 17:47:16    Desc
                          Main Document          Page 9 of 38

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $86.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $110,800.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $19,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $95,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $3,346.50 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $229,786.00 | + 91b. $3,346.50 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $233,132.50 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** | **Ahmed Abu Rahma**
Creditor's Name

**2659 S. Desert Cavern Pl.
Tucson, AZ 85730**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2008 Dodge Grand Caravan-Orange
Debtor's best estimate**

Describe the lien
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$7,000.00**  Value of collateral: **$1,000.00**

---

**2.2** | **Ahmed Abu Rahma**
Creditor's Name

**2659 S. Desert Cavern Pl.
Tucson, AZ 85730**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2008 Dodge Grand Caravan-Orange
Value obtained through KBB**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$2,600.00**  Value of collateral: **$2,600.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 4:19-bk-01661-BMW    Doc 21    Filed 03/15/19    Entered 03/15/19 17:47:16    Desc
Main Document    Page 11 of 38

☐ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Automotive Partners Funding** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 12399
Tucson, AZ 85732**

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**7/2014**

**Last 4 digits of account number**

**6924**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $7,980.30    $6,800.00

**2009 Lincoln Town Car
Value obtained thorugh KBB**

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Bridgecrest Credit Company** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 29018
Phoenix, AZ 85038**

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $7,000.00    $4,500.00

**2007 Mercedes C-230
Value obtained through KBB**

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Casa Auto Finance** | | |
|---|---|---|---|

Creditor's Name

**5 E. Fort Lowell Road
Tucson, AZ 85705**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $2,000.00    $3,200.00

**2009 Chevrolet Impala
Value obtained through KBB**

**Describe the lien**

**Auto Loan**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 4:19-bk-01661-BMW    Doc 21    Filed 03/15/19    Entered 03/15/19 17:47:16    Desc
Main Document    Page 12 of 38

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Casa Auto Finance** | **Describe debtor's property that is subject to a lien** | **$2,000.00** | **$2,700.00** |

Creditor's Name

**2010 Chevrolet Impala- Black**
**Value obtained through KBB**

**5 E. Fort Lowell Road**
**Tucson, AZ 85705**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Casa Auto Finance** | **Describe debtor's property that is subject to a lien** | **$2,000.00** | **$1,800.00** |

Creditor's Name

**2007 Dodge Grand Caravan**
**Debtor's best estimate**

**5 E. Fort Lowell Road**
**Tucson, AZ 85705**

Creditor's mailing address

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**2017**

**Last 4 digits of account number**

**unknown**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| 2.8 | **Casa Auto Finance** | Describe debtor's property that is subject to a lien | $2,000.00 | $3,000.00 |
|-----|-----------------------|-----------------------------------------------------|-----------|-----------|

Creditor's Name

**5 E. Fort Lowell Road
Tucson, AZ 85705**

Creditor's mailing address

**2008 Dodge Grand Caravan- Silver
Debtor's best estiamte**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Casa Auto Finance** | Describe debtor's property that is subject to a lien | $2,000.00 | $3,500.00 |
|-----|-----------------------|-----------------------------------------------------|-----------|-----------|

Creditor's Name

**5 E. Fort Lowell Road
Tucson, AZ 85705**

Creditor's mailing address

**2008 Dodge Grand Caravan- Tan
Debtor's best estiamte**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Casa Auto Finance** | Describe debtor's property that is subject to a lien | $3,200.00 | $4,500.00 |
|-------|-----------------------|-----------------------------------------------------|-----------|-----------|

Creditor's Name

**5 E. Fort Lowell Road
Tucson, AZ 85705**

Creditor's mailing address

**2011 Dodge Caliber
Value obtained through KBB**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 4:19-bk-01661-BMW   Doc 21   Filed 03/15/19   Entered 03/15/19 17:47:16   Desc
Main Document    Page 14 of 38

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
|---|---|---|---|
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| 2.1 1 | **Casa Auto Finance** | Describe debtor's property that is subject to a lien | $2,000.00 | $5,000.00 |
|---|---|---|---|---|

Creditor's Name

**5 E. Fort Lowell Road
Tucson, AZ 85705**

**2011 Ford Taurus
Debtor's best estimate**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2017**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Casa Auto Finance** | Describe debtor's property that is subject to a lien | $2,000.00 | $4,500.00 |
|---|---|---|---|---|

Creditor's Name

**5 E. Fort Lowell Road
Tucson, AZ 85705**

**2007 Lincoln Town Car
Value obtained through KBB**

Creditor's mailing address

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2017**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Checksmart** | Describe debtor's property that is subject to a lien | $3,500.00 | $6,500.00 |
|---|---|---|---|---|

Creditor's Name

**7001 Post Road
Dublin, OH 43016**

**2004 Ford Econoline E350
Debtor's best estimate**

Creditor's mailing address

**Describe the lien**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | | | | |
|---|---|---|---|---|

**Title Max**

Creditor's Name

**15 Bull Street**
**Suite 200**
**Savannah, GA 31401**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2008 Chrysler 300**
**Debtor's best estimate**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

    **$4,300.00**      **$2,000.00**

---

| 2.1 5 | | | | |
|---|---|---|---|---|

**Title Max**

Creditor's Name

**15 Bull Street**
**Suite 200**
**Savannah, GA 31401**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2016**

**Last 4 digits of account number**

**9730**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**2006 Ford Explorer**
**Debtor's best estimate**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

    **$4,300.00**      **$3,500.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Title Max** | | |
|---|---|---|---|

Creditor's Name

**15 Bull Street**
**Suite 200**
**Savannah, GA 31401**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**5723**
**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2006 Ford Econoline E350**
**Value obtained through KBB**

Describe the lien
**Auto Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,300.00**   **$5,500.00**

---

| 2.1 7 | **Title Max** | | |
|---|---|---|---|

Creditor's Name

**15 Bull Street**
**Suite 200**
**Savannah, GA 31401**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**0271**
**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2005 Lincoln Town Car**
**Debtor's best estimate**

Describe the lien
**Auto Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,255.00**   **$4,800.00**

---

| 2.1 8 | **Title Max** | | |
|---|---|---|---|

Creditor's Name

**15 Bull Street**
**Suite 200**
**Savannah, GA 31401**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2013 Toyota Sienna**
**Value obtained through KBB**

Describe the lien
**Auto Loan**

**$8,745.00**   **$13,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 9 | **Westlake Financial** | **Describe debtor's property that is subject to a lien** | $10,000.00 | $8,200.00 |
|---|---|---|---|---|

Creditor's Name

**4751 Wilshire Blvd. #100 Los Angeles, CA 90010**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2011 Cadillac DTS**
**Value obtained through KBB**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2013**

**Last 4 digits of account number**

**6080**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $83,180.30 |
|---|---|

| Part 2: | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Alan Solot**<br>**2701 E. Speedway**<br>**Suite 203**<br>**Tucson, AZ 85716** | Line   **2.3** | |

Debtor name **Latrikunda Transport Services, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **4:19-bk-01661**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $50,000.00 | $50,000.00 |

| | |
|---|---|
| **Arizona Department of Revenue**<br>**c/o Tax, Bankruptcy and Collection**<br>**Sec.**<br>**2005 North Central Avenue**<br>**Phoenix, AZ 85004-1592** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Tax Liability** |
| Last 4 digits of account number **XXXX** | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes |

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $237,076.53 | $237,076.53 |

| | |
|---|---|
| **Internal Revenue Service**<br>**Bankruptcy and Collection**<br>**Enforcement**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** |
| Last 4 digits of account number **9010** | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,400.00** |
|---|---|---|---|
| | **Coronado Grocery and Market**<br>**3154 N. Stone Avenue**<br>**Tucson, AZ 85705** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred  2018** | **Basis for the claim:  Business Debt** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cox Communications**<br>**P.O. Box 78071**<br>**Phoenix, AZ 85062** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred  2018** | **Basis for the claim:  Business Debt** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,724.06** |
|---|---|---|---|
| | **Framework Legal**<br>**9375 E. Shea Blvd.**<br>**Suite 100**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred  10/2017-4/2018** | **Basis for the claim:  Business Debt** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,652.02** |
|---|---|---|---|
| | **Giordano & Heckele**<br>**4007 E. Paradise Falls Drive**<br>**Suite 212**<br>**Tucson, AZ 85712** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred  2017** | **Basis for the claim:  Business Debt** | |
| | **Last 4 digits of account number  9149** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|
| | **Insurance Premium Financing Solutions**<br>**P.O. Box 412086**<br>**Kansas City, MO 64141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2017** | **Basis for the claim:  Business Debt** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00** |
|---|---|---|---|
| | **Jim Click Automotive**<br>**780 Autosprint Drive**<br>**Tucson, AZ 85705** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred  2017** | **Basis for the claim:  Business Debt** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **Pacific Office Automation**<br>**4501 E. McDowell Rd.**<br>**Phoenix, AZ 85008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2018** | **Basis for the claim:  Business Debt** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Runway Industrial Center LLC**
**Aurora Real Estate and Development**
5931 E. Pima Street
Tucson, AZ 85712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number  **unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900,000.00 |
|---|---|---|---|

**Secura Insurance Company**
2401 S. Memorial Drive
Appleton, WI 54915

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Sonoran Market**
3050 E. 36th Street
Tucson, AZ 85713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tin Cup Properies LLC**
6262 N. Camino Verde
Tucson, AZ 85743

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,219.00 |
|---|---|---|---|

**Tucson Airport Authority**
7250 S. Tucson Blvd.
Suite 300
Tucson, AZ 85756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**Watson Chevrolet**
625 W Auto Mall Dr
Tucson, AZ 85705

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Arizona Department of Revenue**<br>**1600 W. Monroe Street**<br>**Phoenix, AZ 85003** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Internal Revenue Service**<br>**300 W. Congress Street**<br>**M/S 5104-3317**<br>**Tucson, AZ 85701** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 287,076.53 |
| 5b. Total claims from Part 2 | 5b. + | $ | 946,295.08 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,233,371.61 |

Fill in this information to identify the case:

Debtor name **Latrikunda Transport Services, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **4:19-bk-01661**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Leased office suite and warehouse** | |
| State the term remaining | **21 months remaining** | **Runway Industrial Center LLC** |
| List the contract number of any government contract | | **Aurora Real Estate and Development** |
| | | **5931 E. Pima Street** |
| | | **Tucson, AZ 85712** |

| | | |
|---|---|---|
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Counter space on ground floor on terminal. Office space approximately 458 sq. ft. 1 counter space. Until terminated by either party** | |
| State the term remaining | | **Tucson International Airport** |
| List the contract number of any government contract | | **7005 South Plumer** |
| | | **Tucson, AZ 85706** |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Altina Nance** | P.O. Box 85658<br>Tucson, AZ 85754 | **Title Max** | ■ D   **2.18**<br>☐ E/F _____<br>☐ G _____ |
| 2.2   **Amelia Nance** | P.O. Box 85658<br>Tucson, AZ 85754 | **Westlake Financial** | ■ D   **2.19**<br>☐ E/F _____<br>☐ G _____ |
| 2.3   **Christopher Nance** | P.O. Box 85658<br>Tucson, AZ 85754 | **Bridgecrest Credit Company** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.4   **Christopher Nance** | P.O. Box 85658<br>Tucson, AZ 85754 | **Title Max** | ■ D   **2.15**<br>☐ E/F _____<br>☐ G _____ |
| 2.5   **Christopher Nance** | P.O. Box 85658<br>Tucson, AZ 85754 | **Title Max** | ■ D   **2.14**<br>☐ E/F _____<br>☐ G _____ |

Case 4:19-bk-01661-BMW    Doc 21    Filed 03/15/19    Entered 03/15/19 17:47:16    Desc
Main Document      Page 24 of 38

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Orville Nance** | P.O. Box 85658 | | ☐ D _____ |
| | | Tucson, AZ 85754 | | ☐ E/F _____ |
| | | | | ☐ G _____ |
| 2.7 | **Orville Nance** | P.O. Box 85658 | **Ahmed Abu Rahma** | ■ D ___2.2___ |
| | | Tucson, AZ 85754 | | ☐ E/F _____ |
| | | | | ☐ G _____ |
| 2.8 | **Orville Nance** | P.O. Box 85658 | **Automotive Partners** | ■ D ___2.3___ |
| | | Tucson, AZ 85754 | **Funding** | ☐ E/F _____ |
| | | | | ☐ G _____ |
| 2.9 | **Orville Nance** | P.O. Box 85658 | **Casa Auto Finance** | ■ D ___2.5___ |
| | | Tucson, AZ 85754 | | ☐ E/F _____ |
| | | | | ☐ G _____ |
| 2.10 | **Orville Nance** | P.O. Box 85658 | **Casa Auto Finance** | ■ D ___2.6___ |
| | | Tucson, AZ 85754 | | ☐ E/F _____ |
| | | | | ☐ G _____ |
| 2.11 | **Orville Nance** | P.O. Box 85658 | **Casa Auto Finance** | ■ D ___2.7___ |
| | | Tucson, AZ 85754 | | ☐ E/F _____ |
| | | | | ☐ G _____ |
| 2.12 | **Orville Nance** | P.O. Box 85658 | **Casa Auto Finance** | ■ D ___2.8___ |
| | | Tucson, AZ 85754 | | ☐ E/F _____ |
| | | | | ☐ G _____ |
| 2.13 | **Orville Nance** | P.O. Box 85658 | **Casa Auto Finance** | ■ D ___2.9___ |
| | | Tucson, AZ 85754 | | ☐ E/F _____ |
| | | | | ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14  **Orville Nance** | P.O. Box 85658<br>Tucson, AZ 85754 | **Casa Auto Finance** | ■ D   **2.10**<br>☐ E/F _____<br>☐ G _____ |
| 2.15  **Orville Nance** | P.O. Box 85658<br>Tucson, AZ 85754 | **Casa Auto Finance** | ■ D   **2.11**<br>☐ E/F _____<br>☐ G _____ |
| 2.16  **Orville Nance** | P.O. Box 85658<br>Tucson, AZ 85754 | **Casa Auto Finance** | ■ D   **2.12**<br>☐ E/F _____<br>☐ G _____ |
| 2.17  **Orville Nance** | P.O. Box 85658<br>Tucson, AZ 85754 | **Checksmart** | ■ D   **2.13**<br>☐ E/F _____<br>☐ G _____ |
| 2.18  **Orville Nance** | P.O. Box 85658<br>Tucson, AZ 85754 | **Title Max** | ■ D   **2.17**<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name   **Latrikunda Transport Services, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **4:19-bk-01661**

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$24,000.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$290,000.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$1,688,152.70** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case 4:19-bk-01661-BMW    Doc 21    Filed 03/15/19    Entered 03/15/19 17:47:16    Desc
Main Document      Page 27 of 38

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Casa Auto Finance**<br>**5 E. Fort Lowell Road**<br>**Tucson, AZ 85705** | **November, 2018** | **$1,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Title Max**<br>**15 Bull Street**<br>**Suite 200**<br>**Savannah, GA 31401** | **December, 2018, January, 2019** | **$600.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **First Insurance Funding Corp.**<br>**PO BOX 7000**<br>**Carol Stream, IL 60197-7000** | **November, 2018, January, 2019** | **$1,465.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Coronado Grocery and Market**<br>**3154 N. Stone Avenue**<br>**Tucson, AZ 85705** | **November, 2018** | **$250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Runway Industrial Center LLC**<br>**Aurora Real Estate and Development**<br>**5931 E. Pima Street**<br>**Tucson, AZ 85712** | **December, 2018, January, 2019** | **$2,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.6. **Tucson Airport Authority**<br>**7250 S. Tucson Blvd.**<br>**Suite 300**<br>**Tucson, AZ 85756** | **December, 2018, January, 2019** | **$3,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.7. **Giordano & Heckele**<br>**4007 E. Paradise Falls Drive**<br>**Suite 212**<br>**Tucson, AZ 85712** | **December, 2018** | **$3,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Internal Revenue Service**<br>**Bankruptcy and Collection Enforcement**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **November, 2018** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Tax levy** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Tin Cup Properties LLC 6262 N. Camino Verde Tucson, AZ 85743** | **Vehicles and office fixtures, furniture and equipment** | **February 2019** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Internal Revenue Service Bankruptcy and Collection Enforcement P.O. Box 7346 Philadelphia, PA 19101-7346** | **IRS took $15,000.00 out accounts receivables** Last 4 digits of account number: _____ | **12/2018** | **$15,000.00** |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Secura Insurance Company vs Latrikunda Transport Services CV201800321** | **Civil** | **Secura Insurance Company 2401 S. Memorial Drive Appleton, WI 54915** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case 4:19-bk-01661-BMW    Doc 21    Filed 03/15/19    Entered 03/15/19 17:47:16    Desc
Main Document        Page 29 of 38

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<div style="background:black;color:white;">**Part 9:**</div>  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<div style="background:black;color:white;">**Part 10:**</div>  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
     Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
     Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Arizona Central Credit Union** **2020 N Central Ave. Ste 150** **Phoenix, AZ 85004** | **XXXX-9810** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **September, 2018** | **$0.00** |
| 18.2. | **Arizona Central Credit Union** **P.O. Box 11650** **Phoenix, AZ 85061** | **XXXX-5607** | ☐ Checking ☑ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **September, 2018** | **$0.00** |

19. **Safe deposit boxes**
     List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
     List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                   Best Case Bankruptcy

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Case 4:19-bk-01661-BMW    Doc 21    Filed 03/15/19    Entered 03/15/19 17:47:16    Desc
Main Document      Page 32 of 38

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Robert Holderman <br> 10080 N. Camino Valdeflores <br> Tucson, AZ 85737 | **2011-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Robert  Holderman <br> 10080 N. Camino Valdeflores <br> Tucson, AZ 85737 | **2010-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Orville Nance | P.O. Box 85658 <br> Tucson, AZ 85754 | Owner- Transportation | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ameilia Nance | P.O. Box 85658 <br> Tucson, AZ 85754 | Owner- Transportation | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Part 14:**    Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 15, 2019**

**/s/ Orville Nance**                                             **Orville Nance**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Operations Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## District of Arizona

In re **Latrikunda Transport Services, LLC**      Case No. **4:19-bk-01661**

Debtor(s)      Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................... $ **0.00**

   Prior to the filing of this statement I have received ........................... $ **318.75/hr**

   Balance Due .................................................................................... $ **0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

**In return for the above disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, Including:**

**Analysis of the Debtor's financial situation, and rendering advice to the Debtor in**

**determining whether to file a petition in bankruptcy; Preparation and filing of any petition, schedules, statement of affairs and plan which may be required; Representation of the Debtor at the Meeting of Creditors and at a Confirmation Hearing, and any adjourned hearings thereof;**

**[Other provisions as needed]**
**Exemption planning; review and advice regarding secured creditor claims, client    assisting firm in preparation of schedules and statements of financial affairs,    preparation of client for meeting of creditors. Attorney may be the attorney of    record for another attorney as scheduling permits), analysis and discussing    options to execute reaffirmations vs. retaining collateral with payments (if Chapter 7 case).**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **N/A**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 19, 2019** | /s/ Pernell W. McGuire |
| *Date* | **Pernell W. McGuire 015909** |
| | *Signature of Attorney* |
| | **Davis Miles McGuire Gardner, PLLC** |
| | **40 E. Rio Salado Parkway, Suite 425** |
| | **Tempe, AZ 85281** |
| | **(480) 733-6800  Fax: (480) 733-3748** |
| | **azbankruptcy@davismiles.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## District of Arizona

In re   **Latrikunda Transport Services, LLC**      Case No.   **4:19-bk-01661**

Debtor(s)      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Amelia Nance**<br>**P.O. Box 85658**<br>**Tucson, AZ 85754** | | | **50% Membership** |
| **Orville Nance**<br>**P.O. Box 85658**<br>**Tucson, AZ 85754** | | | **50% Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Operations Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 15, 2019**      Signature   **/s/ Orville Nance**

**Orville Nance**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re   **Latrikunda Transport Services, LLC**          Case No.    **4:19-bk-01661**

Debtor(s)          Chapter     **11**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Operations Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury,

that the Master Mailing List, consisting of __**3**__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:    **March 15, 2019**          **/s/ Orville Nance**

                                          **Orville Nance/Operations Manager**
                                          Signer/Title

Date:    **March 15, 2019**          **/s/ Pernell W. McGuire**

                                          Signature of Attorney
                                          **Pernell W. McGuire 015909**
                                          **Davis Miles McGuire Gardner, PLLC**
                                          **40 E. Rio Salado Parkway, Suite 425**
                                          **Tempe, AZ 85281**
                                          **(480) 733-6800   Fax: (480) 733-3748**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy