IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re: ) Chapter 11
**Latrikunda Transport Services, LLC,** ) Case No. 4:19-bk-01661-BMW
) MINUTE SHEET FOR THE SECTION 341(a) MEETING
Debtor(s). ) Date: **March 28, 2019**
) Time: **10:30 a.m.**

Debtor Present: (X) YES ( ) NO  PRESIDING OFFICER: **Elizabeth Amorosi** by _Lorraine Korklan_
Debtor's Address: _MAIL TO: P.O. Box 85658, Tucson, AZ 85754_
APPEARANCE BY ATTORNEY FOR DEBTOR(S): **Pernell McGuire**  X Yes ___ No
_Orville Nance, member_ PRESENT ON BEHALF OF DEBTOR(S)

DEBTOR(S) SWORN AND EXAMINED? (X) Yes ( ) No
APPEARANCES:

| # | Name | REPRESENT |
|---|------|-----------|
| 1. | John Lashley | for Tin Cup Properties |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RELATED CASES: _none_

Schedules Filed? (X) Yes ( ) No   IF NO, HAS ORDER BEEN ENTERED EXTENDING TIME?   Yes ( ) No ( )
IF NO, WHY HAVE SCHEDULES NOT BEEN FILED? ____

WHEN WILL SCHEDULES BE FILED? ____

(X) Concluded    ( ) Continued to: ____
                                    Date
                                    ____
                                    Time
                                    ____
                                    Location

( ) Dismiss for Failure to Appear and/or for Failure to File Schedules