**Davis Miles McGuire Gardner**

40 E. Rio Salado Pkwy., Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
M. Preston Gardner – SBN 029868
*Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | In Chapter 11 Proceedings |
|---|---|
| LATRIKUNDA TRANSPORT SERVICES, LLC, | Case No.: 4:19-bk-01661-BMW |
| Debtor. | **MOTION TO SET BAR DATE FOR FILING PROOFS OF CLAIM** |

Latrikunda Transport Services, LLC (the "Debtor"), through undersigned counsel, pursuant to Bankruptcy Rule 3003(c), respectfully moves for an order establishing **Friday, September 20, 2019** as the deadline by which all parties must file proofs of claim in this Chapter 11 case ("Bar Date Order"). In support of this Motion, the Debtor sets forth the following:

1. On February 15, 2019, the Debtor filed a voluntary petition seeking relief under the provisions of Chapter 11 of the United States Bankruptcy Code.

2. Since the filing of its voluntary petition, Debtor has continued to manage the estate as debtor-in-possession pursuant to Section 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed.

1

3.      Among its other duties, Debtor must evaluate whether claims should be allowed or disallowed and determine how they will be treated under a plan of reorganization.

4.      In order to do so, Debtor must be able to accurately determine the nature and amount of all claims and the identity of the claim holders.

5.      The establishment of a claims bar date will assist the Debtor in doing so.

6.      The Court has the authority to fix a bar date under Bankruptcy Rule 3003. Rule 3003(c)(3) provides that the Court shall fix a bar date by which proofs of claim or interest must be filed. Moreover, Rule 3003(c)(2) requires that a creditor file a proof of claim if (1) the creditor disagrees with the amount or priority of the creditor's claim, (2) the creditor's claim is not listed on debtor's Schedules of Assets and Liabilities; or (3) if the creditor's claim is listed as contingent, unliquidated, or disputed in debtors' Schedules of Assets and Liabilities.

7.      Debtor believes that a bar date of Friday, September 20, 2019 is appropriate. This is early enough to assist the Debtor in discharging its duties but distant enough to provide creditors with more than the 21-day notice required by Bankruptcy Rule 2002(a)(7).

WHEREFORE, the Debtor respectfully requests that this Court enter an Order establishing Friday, September 20, 2019 as the bar date for filing proofs of claim, and for such further relief as the Court may deem just.

\\\

RESPECTFULLY SUBMITTED this 6th day of August, 2019.

                                        **DAVIS MILES MCGUIRE GARDNER, PLLC**

                                        */s/ Pernell W. McGuire*
                                        Pernell W. McGuire
                                        M. Preston Gardner
                                        *Attorneys for Debtor*

I certify that on August 6, 2019, I electronically filed the foregoing **MOTION TO SET BAR DATE FOR FILING OF PROOFS OF CLAIM** with the Clerk of the Court for the United States Bankruptcy Court by using the CM/ECF system.

I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

I further certify that some of the parties of record in this case have not consented to electronic service. I have caused a copy of the foregoing document to be placed in the U.S. Mail, First Class, postage-prepaid to:

    None.

*/s/ Aimee Bourassa*
Aimee Bourassa